UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

| | |
|---|---|
| Oscar Bergal<br><br>Plaintiff,<br><br>-against-<br><br>Kenneth Genalo et al.<br><br>Defendant. | 1:26 Civ. 08928 ( ____ ) ( ____ )<br><br>NOTICE OF APPEARANCE OF *PRO BONO* COUNSEL |

---------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

Petitioner Oscar Bergal

______________________________________________

I certify that I am admitted to practice in this Court.

10/08/2026
Date

/s/ Paige Austin
Signature

Paige Austin (PA1107)
Print Name Bar No.

301 Grove St.
Address

Brooklyn, NY 11237
City State Zip Code

(718) 565-8500 ext. 4139
Phone No. Fax. No.

paige.austin@maketheroadny.org
Email Address