*Democracy Dies in Darkness*

**Immigration**

# ICE officer shoots, wounds man in car on crowded New York street

New York Mayor Zohran Mamdani said a 5-year-old child was in the car at the time of the shooting. DHS said that an immigration officer fired his weapon during a “targeted enforcement operation.”

36 minutes ago

By Silvia Foster-Frau and Tim Craig

A U.S. Immigration and Customs Enforcement officer fired at least seven rounds into a car on a crowded New York street Thursday afternoon, wounding a man while a 5- year-old boy sat unharmed in the back seat, New York officials said.

The Department of Homeland Security confirmed that an ICE officer had fired during a “targeted enforcement operation.” The agency said it was attempting to apprehend a “criminal illegal alien” from the Dominican Republic with a criminal record that includes a conviction for grand larceny and multiple past arrests.

According to local authorities, around 4 p.m. Thursday the man parallel parked in front of a fire hydrant. One of the ICE officials approached the gray Honda CRV with a gun drawn, said New York Police Commissioner Jessica Tisch. The driver started to pull away, and the ICE official opened fire. He was hit under his left ear, Tisch said.

Both she and New York Mayor Zohran Mamdani noted that the officers were not wearing clothing that identified them as law enforcement personnel and said at least one officer was carrying a long gun.

“ICE agents surrounded the man’s vehicle before opening fire. They wore construction vests and masks that concealed their faces. There was no reasonable way to identify them as ICE agents,” Mamdani said at a late-night press conference. “School had just gotten out. The street was crowded with families and

children."

The man who was shot was taken to a nearby hospital and was "conscious and receiving medical attention," the New York Police Department said in a statement after the shooting.

Mamdani said he spent two hours on the phone Thursday night with President Donald Trump and Homeland Security Secretary Markwayne Mullin negotiating for the release of the wounded man.

Instead, ICE "put the man in an unmarked vehicle and whisked him away," Mamdani said.

DHS did not release the name of the immigrant or explain why the officer fired his weapon.

Tish said the man had two previous arrests in New York City: one for robbery in 2023 and one for the criminal sale of a controlled substance in 2025.

Federal immigration officers have killed two immigrants and injured a third in shootings during enforcement operations since July. All three of those incidents involved officers firing at people who were inside their vehicles. Those and previous shootings have ignited outrage from Democrats, immigration advocates and family members of the deceased who say that ICE is using excessive force against people who do not represent a threat.

In a statement, New York Gov. Kathy Hochul (D) called ICE a "rogue agency" and said, "New Yorkers are outraged, immigrant communities are terrified" and residents are "demanding answers."

"No child should ever have to experience the terror of gunfire, let alone wonder if they'll make it home safe," Hochul said. "Federal authorities need to provide answers, and they must do so immediately."

Hochul later posted on social media that she had spoken with Trump and Mullin about the shooting. "I expressed outrage on behalf of New Yorkers and urged them to halt ICE enforcement operations in New York."

She also said she asked that any body-camera footage of the incident be released to the public.

Marble Hill is part of the borough of Manhattan and bordered by the Bronx. According to a 2020 New York City demographics study, the area is 71 percent Latino.

Although Mamdani campaigned on a promise to protect New Yorkers from ICE, federal immigration operations have continued in city neighborhoods over the past year. The operations, which frustrate immigrant rights advocates, often appear focused on targeted individuals versus broad sweeps similar to those ICE has deployed in other cities, including Minneapolis.

In early September, Mullin traveled to New York to announce that 2,197 undocumented immigrants had been arrested in the region in August. Mullin said the actions, dubbed Operation Rotten Apple, included arrests of individuals who had committed violent crimes.

Immigration rights advocates have been increasingly frustrated that New York City police officers, who are barred by law from cooperating with ICE, have been spotted near federal agents during arrests. Police officials have stressed they are there to maintain public order and safety, but do not assist in federal immigration enforcement.

On Thursday night, immigrant rights demonstrators gathered outside a hospital where the victim of the ICE shooting was being treated. Videos from the scene showed demonstrators trying to push past police barricades and clashing with officers.

**What readers are saying**

The comments express strong criticism of ICE, describing it as a rogue and unaccountable organization that engages in violent and unlawful actions, often with racial undertones. Many commenters express outrage over a specific incident involving ICE agents shooting a man in New... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.