I, Karla Ostolaza, hereby declare under penalty of perjury that the following is true and accurate to the best of my knowledge:

1. I am the Managing Director of Immigration at the Bronx Defenders (BXD), located at 360 East 161st St, Bronx, New York. BXD represents the Petitioner before ICE and intends to represent him in his removal proceedings once such proceedings are commenced.

2. After Mr. Belgal was hospitalized on Thursday evening, October 8, 2026, I entered my appearance on his behalf with ICE. I intended to visit him in person on Friday morning, October 9, at New York Presbyerian Hospital in Northern Manhattan.

3. However, at approximately 11 p.m., New York City Mayor Zohran Mamdani stated in a press conference that Mr. Belgal was already transferred out of the hospital to an undisclosed location. Although I am in touch with Mr. Belgal's family, they were not aware of his transfer and do not know his current location.

4. On October 8, 2026, at approximately 11:55pm, I requested an urgent call and information about Mr. Belgal's whereabouts to ICE through the designated email for legal call requests at 26 Federal Plaza (NYCIntakeInquiries@ice.dhs.gov), but have not received a call from Mr. Belgal nor a response from ICE.

5. In my experience practicing immigration law and supervising attorneys who represent detained noncitizens, it is much more difficult to obtain information, advise, and represent clients who are detained outside the New York City area. BXD attorneys regularly visit clients in custody who are detained in and around New York City for the purposes of obtaining signatures and authorizations; exchanging documents; and consulting on their case. BXD also regularly retains experts to assist in our legal representation and client advocacy; when such expert

assistance requires a physical examination, that is nearly impossible to facilitate for clients detained outside the New York City area.

6. Many facilities to which our clients are transferred if they leave the New York area do not reliably facilitate the electronic exchange of documents or signatures. In particular, it is almost impossible for us to obtain notarized releases.

7. ICE does not permit the exchange of any legal documents or facilitate detainee signatures for individuals at 26 Federal Plaza.

8. By contrast, when clients or individuals we are assisting are detained in the New York area, BXD attorneys generally visit them in person to obtain signatures and relevant documents in their possession and we are able to notarize documents necessary to obtain client records. BxD attorneys and social workers also regularly visit clients in person during the course of the representation to obtain information, review evidence, and prepare their defense.

9. This type of access is crucial to our ability to prepare clients' cases and present legal claims, as ICE very rarely provides us any type of client documentation—even if we enter a notice of appearance.

10. I am concerned that if Mr. Belgal is transferred outside the New York area, we will not be able to access his medical records from his hospitalization on October 8, 2026 or subsequent treatment while in detention. I am further concerned that his detention potentially hundreds or thousands of miles away will stymie the ability of his counsel, both from BXD and in his habeas petition, to communicate with him. Finally, it will make it more difficult for investigators to speak with him regarding the events that transpired on October 8, 2026.

DATED: October 9, 2026

______________________________
Karla Ostolaza