UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR BERGAL,

Petitioner,

-v-

KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, *et al.*,

Respondents.

26 Civ. 8928 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 9, 2026, Petitioner Oscar Bergal initiated this case by filing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. 1. At the same time, Petitioner also requested immediate relief in the form of a temporary restraining order ("TRO"). Dkt. 4. Earlier this morning, the Part 1 judge for today issued an Order precluding Petitioner's removal from the United States or transfer to a District other than this District, the Eastern District of New York, or the District of New Jersey, pending assignment of the case to a judge of this Court. Dkt. 5. The case now has been assigned to the undersigned.

By 1:00 p.m. today, Respondents may submit any written response to Petitioner's request for a TRO. Furthermore, the parties shall appear at 3:30 p.m. today in Courtroom 14C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. At the proceeding, the parties shall be prepared to discuss Petitioner's current location, his location when the Petition was filed, and any circumstances justifying the requested TRO.

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge