**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 9, 2026

By ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Bergal v. Genalo*, No. 26-cv-8928 (JPC)

Dear Judge Cronan:

This Office represents the government in the above-referenced habeas corpus action, which was filed last night. At 12:46 a.m. this morning, Petitioner filed a motion for a temporary restraining order, seeking an injunction preventing Petitioner's transfer out of the Southern or Eastern Districts of New York or the District of New Jersey. ECF No. 4. The Part 1 judge subsequently entered an order staying Petitioner's removal from the United States and enjoining Petitioner's transfer out of the Southern or Eastern Districts of New York or the District of New Jersey. ECF No. 5. This Court was later assigned to the case and issued an order directing the government to file any written response to Petitioner's request for a TRO by 1:00 p.m. today. ECF No. 6. I write respectfully to inform the Court that the government does not oppose continuation of the injunction on transfer at this time, as ICE intends to detain Petitioner at the Metropolitan Detention Center in Brooklyn, New York. However, the government reserves the right to seek modification of such order should circumstances arise that require Petitioner's transfer to a different facility.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *_/s/ Brandon M. Waterman_*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)