UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BERGAL,<br><br>Petitioner,<br><br>-v-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, *et al.*,<br><br>Respondents. | 26 Civ. 8928 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

Federal Rule of Civil Procedure 5.2(c) allows only "the parties and their attorneys" to "have remote electronic access" to the full record in this immigration case. Fed. R. Civ. P. 5.2(c)(1). The Rule provides that the broader public may "have electronic access to the full record *at the courthouse*, but may have remote electronic access only to" the "docket maintained by the [C]ourt" and the Court's opinions, orders, and judgments (including this order). *Id.* 5.2(c)(2) (emphasis added).

By 12:00 p.m. on October 13, 2026, the parties shall advise whether they object to the Court lifting the restrictions set forth in Rule 5.2(c) and allowing the public to have electronic access to the entire file in this case. In the event the Court does not receive a submission from a party by that deadline, the Court will assume that party does not object to public electronic access to the full case file.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge