UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BERGAL,<br><br>Petitioner,<br><br>-v-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, *et al*.,<br><br>Respondents. | 26 Civ. 8928 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record, Petitioner's motion for a temporary restraining order, Dkt. 4, is denied without prejudice. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 4.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge