UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OSCAR BERGAL,<br><br>Petitioner,<br><br>-v-<br><br>KENNETH GENALO, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement*, *et al.*,<br><br>Respondents. | | 26 Civ. 8928 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On October 9, 2026, the Court (i) announced that it intended to allow the public to remotely access the entire file in this case and (ii) instructed the parties to file any objections to that plan by noon on October 13, 2026. Dkt. 9. That deadline has now passed. The Clerk of Court shall therefore make all previous and future filings on the docket publicly available via remote access.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge