UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BERGAL,<br>Petitioner,<br>v.<br>KENNETH GENALO, *et al.*,<br>Respondents. | No. 26 Civ. 8928 (JPC)<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL** |

WHEREAS, petitioner Oscar Bergal ("Petitioner") filed this habeas corpus action pursuant to 28 U.S.C. § 2241 on October 8, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"); and

WHEREAS, the parties agree that venue is improper in this Court for this habeas action based on ICE's representations that Petitioner was located in New Jersey at the time the habeas petition was filed on October 8, 2026; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
October 14, 2026

MAKE THE ROAD NEW YORK
*Attorneys for Petitioner*

By: */s/ Harold A. Solis*
HAROLD A. SOLIS
PAIGE AUSTIN
301 Grove Street
New York, New York 11237
Telephone: (718) 418-7960

Dated: New York, New York
October 14, 2026

JAMES M. MCDONALD
United States Attorney
Southern District of New York
*Attorney for Respondents*

By: */s/ Brandon M. Waterman* [1]
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2743

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(c)